| | | |
|---|---|---|
| **From:** | Randi Young | **FILED** |
| **To:** | Gallagher Chambers | **UNITED STATES DISTRICT COURT** |
| **Subject:** | David Lesh | **DENVER, COLORADO** |
| **Date:** | Wednesday, October 28, 2020 10:37:49 AM | *11:27 am, Oct 28, 2020* |
| | | **JEFFREY P. COLWELL, CLERK** |

**CAUTION - EXTERNAL:**

Please count us as being among the many Coloradans who would like to see David Lesh severely punished for his many transgressions against Public Lands. The man is incorrigible and will be stopped by nothing less than a court-issued edict prohibiting him from accessing Wilderness and National Forest lands.

Thank you.

Randi & Terry Young
South Fork, CO

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.