IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-po-7016-GPG

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID A. LESH

       Defendant.

---

### MOTION TO WITHDRAW AS COUNSEL AND CONTINUE SENTENCING

---

Attorney Eric Faddis respectfully moves this Court for an Order permitting Eric Faddis to withdraw as counsel for Defendant pursuant to D.C.COLO.LAttyR 5 and Rule 1.16 of the Colorado Rules of Professional Conduct, and to continue sentencing until Defendant can retain new counsel on December 22, 2021. In support thereof, the undersigned states as follows:

1.    Pursuant to Rule 1.16(a)(3) of the Colorado Rules of Professional Conduct, a lawyer is required to withdraw from the representation of a client if the client has discharged the lawyer. Here, Defendant has discharged Mr. Faddis. Defendant also believes that his recent Motion for Leave to File Out-of-Time Post-Trial Motion, submitted December 10, 2021, gives rise to a legal conflict between Defendant and Mr. Faddis.

2.       No party will be prejudiced by Mr. Faddis's withdrawal. Defendant has been in discussions to retain attorney Barrett Weisz to represent Defendant at sentencing. However, Mr. Weisz is unavailable and unable to begin his representation until Wednesday, December 22, 2021, after which Defendant anticipates being prepared to proceed to sentencing upon finalizing Mr. Weisz's representation. Defendant is also currently represented by Jared McClain for the limited purpose of Defendant's pending motion for leave. Defendant requests that this Court continue sentencing until Defendant is able to retain new sentencing counsel on December 22, 2021.

3.       Mr. Faddis has complied with the notification requirements of D.C.COLO.LAttyR 5(b). Please see the Notice of Withdrawal of Counsel attached hereto as Exhibit A.

4.       The relief requested in this Motion is being sought in good faith and not for purposes of delay.

WHEREFORE, undersigned respectfully requests that this Court issue an order authorizing counsel to withdraw and to continue sentencing, and for other such relief as the Court deems just and appropriate.

DATED this 19th day of December, 2021.

Respectfully submitted,

*/s/ Eric Faddis*_____

Eric Faddis #44990
Varner Faddis Elite Legal
6025 S. Quebec St., Suite 100
Centennial, CO 80111
720-770-8335
efaddis@varnerfaddis.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2021, I served a copy of the foregoing on all attorneys of record via CM/ECF and on Defendant via email per Defendant's request.

                                    s/ Eric Faddis\_\_\_\_
                                    Eric Faddis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-po-7016-GPG

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAVID A. LESH

       Defendant.

## NOTICE OF WITHDRAWAL OF COUNSEL

In accordance with D.C.COLO.LAttyR 5 and Rule 1.16 of the Colorado Rules of Professional Conduct, the undersigned hereby certifies as follows:

1. At Defendant's direction, the undersigned intends to withdraw as counsel for Defendant in the above-captioned matter.

2. Pursuant to D.C.COLO.LAttyR 5(b), this document shall function as notice and warning to Defendant that Defendant is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

DATED this 19th day of December, 2021.

Respectfully submitted,

*/s/ Eric Faddis*

Eric Faddis #44990
Varner Faddis Elite Legal
6025 S. Quebec St., Suite 100
Centennial, CO 80111
720-770-8335
efaddis@varnerfaddis.com

## CERTIFICATE OF SERVICE

   I hereby certify that on December 19, 2021, I served a copy of the foregoing on all attorneys of record via CM/ECF and on Defendant via email per Defendant's request.

              s/ Eric Faddis____
              Eric Faddis