### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :  No. 1:22-CR-33 |
| v. | : |
| | : |
| DAVID A. LESH, | : |
| | : |
| *Defendant*. | : |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C.Colo.LAttyR 5, Jenin Younes enters her appearance as counsel for Defendant David Lesh. Undersigned counsel certifies that she is a member in good standing of the bar of this court.

        Respectfully submitted,

        */s/ Jenin Younes*
        Jenin Younes
        NEW CIVIL LIBERTIES ALLIANCE
        1225 19th Street NW, Suite 450
        Washington, D.C. 20036
        (202) 869-5210
        (202) 918-6905 (Direct)
        Jenin.Younes@NCLA.Legal
        Primary ECF E-Mail

February 25, 2022

**CERTIFICATE OF SERVICE**

   I hereby certify that I electronically filed this Notice of Entry of Appearance with the Clerk of the Court on February 25, 2022, using the CM/ECF system, which will serve all counsel of record in this appeal by email.

                 Respectfully,

                 */s/ Jenin Younes*
                 Jenin Younes

February 25, 2021