IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 22-cd-33-DDD |
| | : |
| DAVID A. LESH, | : |
| *Defendant-Appellant.* | : |

## MOTION TO WITHDRAW AS ATTORNEY FOR DAVID LESH

Attorney Jared McClain, formerly of the New Civil Liberties Alliance, moves to withdraw as attorney of record for Defendant David Lesh. In support of this motion, Mr. McClain states as follows:

*Certificate of Conferral*

1. Counsel entered an appearance on behalf of David Lesh on December 10, 2021.

2. At the time, counsel was an attorney with the New Civil Liberties Alliance, a firm that represented Mr. Lesh for certain post-trial motions and currently represents him on his appeal to this Court.

3. In February, counsel left NCLA for another law firm. Counsel had a conversation with Mr. Lesh before he left NCLA to inform him that counsel was switching firms and that other attorneys at NCLA, including Ms. Jenin Younes, would continue the firm's representation of Mr. Lesh on his appeal.

4. On Friday, February 25, attorney Ms. Younes entered an appearance on behalf of Mr. Lesh and will continue as counsel of record for Mr. Lesh after undersigned counsel's withdrawal.

5. Counsel is available to make a further record for this Court if necessary.

Mr. McClain confirms that he has conferred with Ms. Younes and opposing counsel, Assistant United States Attorney Karl Schock, and that they do not object to this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court grant his motion to withdraw as Mr. Lesh's counsel.

Dated: March 1, 2022

Respectfully submitted,

  /s/ *Jared McClain*
Jared McClain
1633 Q Street NW, Apt. 504
Washington, D.C. 20009
(856) 305-0034
jmcclain@ij.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, I served a copy of this motion through CM/ECF on all counsel of record and on David Lesh by email.

                                                                   /s/ *Jared McClain*
                                                                  Jared McClain