# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **DAVID LESH,** | : | |
| *Defendant-Appellant,* | : | |
| v. | : | Case No. 22-cr-00033-DDD-GPG |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **DEFENDANT'S UNOPPOSED MOTION TO EXCEED THE WORD LIMIT** |
| *Plaintiff-Appellee.* | : | |

Defendant David Lesh, by and through his counsel, the New Civil Liberties Alliance, moves to exceed this Court's 4,000-word limit for briefs and to file an appellate brief of up to 10,000 words, for the following reasons:

1. This case presents an unusual circumstance: Mr. Lesh was convicted by a magistrate judge and is appealing his conviction to the District Court, per the federal rules. *See* Fed. R. Civ. P. 58(g). Given that appellate briefs are typically more involved and require greater in-depth legal analysis than trial level briefs, a higher word limit is warranted.

2. Mr. Lesh is raising several complex arguments of constitutional dimension, including:

    a. He was deprived of his right to a jury trial in a criminal case;

    b. The Government failed to prove his guilt beyond a reasonable doubt (in this context, Mr. Lesh also argues that one of the counts of conviction is inconsistent with his First Amendment and Due Process rights); and

    c. The lower court improperly admitted evidence of prior bad acts and hearsay in the form of a New Yorker article.

3.     Finally, Mr. Lesh was convicted and sentenced to criminal charges and penalties, respectively, weighing heavily in favor of allowing him the opportunity to fully argue the merits of his case, which is not possible in 4,000 words.

4.     Assistant United States Attorney Karl L. Schock, on behalf of the Government, does not oppose Mr. Lesh's motion.

5.     Mr. Lesh will, of course, consent to a similar request should the Government make it.

Dated: August 15, 2022                                       Respectfully submitted,

/s/*Jenin Younes*
_____

Jenin Younes
Litigation Counsel
New Civil Liberties Alliance
1225 19th Street, Northwest
Suite 450
Washington, D.C. 20036
Phone: (202) 869-5210
Email: jenin.younes@ncla.legal
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

<u>/s/ Jenin Younes</u>