1

```
 1                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
        Case No. 20-PO-7016-GPG
 3      _____

 4      UNITED STATES OF AMERICA,

 5           Plaintiff,

 6      vs.

 7      1.  DAVID LESH,

 8           Defendant.
        _____
 9

10              Proceedings before GORDON P. GALLAGHER, United

11      States Magistrate Judge, United States District Court for

12      the District of Colorado, commencing at 3:00 p.m., January

13      11, 2021, in the United States Courthouse, Denver,

14      Colorado.

15      _____

16              WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

17      ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

18      _____

19                           APPEARANCES

20              PETER HAUTZINGER, AUSA, appearing for the

21      Plaintiff.

22              ERIC FADDIS, Attorneys at Law, appearing for the

23      Defendant.

24      _____

25                          STATUS CONFERENCE
```

2

1                P R O C E E D I N G S

2                (Whereupon, the within electronically recorded

3        proceedings are herein transcribed, pursuant to order of

4        counsel.)

5                THE COURT:  So.  Good afternoon, everybody.  We

6        are on the record, this is 20-PO-7016, the United States v.

7        David Lesh.

8                Mr. Lesh, can you hear me, sir?

9                THE DEFENDANT:  yes, Your Honor.

10               THE COURT:  All right.  Mr. Lesh is represented by

11       Mr. Faddis.  Can you hear me Mr. Faddis?

12               MR. FADDIS:  Yes, Your Honor.

13               THE COURT:  All right.  Mr. Hautzinger is on for

14       the Government.  Can you hear us, Mr. Hautzinger?

15               MR. HAUTZINGER:  Yes, I can, Your Honor.

16               THE COURT:  The matter comes back today

17       essentially for a status check-in.

18               And, Mr. Faddis, where are we on things?

19               MR. FADDIS:  Yes, Your Honor.  Presently, there is

20       a no resolution.  Mr. Lesh is requesting to enter a plea of

21       not guilty and to set the matter for a motion hearing and a

22       jury trial.

23               THE COURT:  Okay.  Not guilty plea is accepted as

24       to each count in this matter.  In terms of setting the

25       matter -- well, first, I believe everybody is --

3

1        MR. HAUTZINGER:  Your Honor --

2        THE COURT:  Oh, go ahead, Mr. Hautzinger.

3        MR. HAUTZINGER:  I'm going to request it be set

4   over.  I just because aware this morning of an article about

5   Mr. Lesh that appeared in New Yorker magazine.  I'm not sure

6   if it has been public yet or not, but I received a leak to

7   the article today.  It reads of a number of new issues that

8   I think require additional investigation.  I'm not prepared

9   to schedule a trial at this point.

10        THE COURT:  Sure.  And I was about to say I'm not

11   going to anyway.  But, yeah, which I think accomplishes what

12   you need to do as well, but let me make a record as to that.

13        But, first, I'm -- I'm not going to set a trial

14   date today.  These matters are petty offenses.  As such,

15   speedy trial applies but the statute requires that a trial

16   be set within a reasonable period of time.

17        It may be that wherever Mr. Hautzinger goes with

18   his investigation changes that calculation and changes the

19   nature of the charge or charges.  Maybe it doesn't, but we

20   will find out over a period of time.

21        And for other reasons, we have got some time to

22   work with, we are, of course, proceeding today by audio and

23   or video -- I think it's all audio today pursuant to CARES

24   Act General Order 20-4 and 20-17, which is the continuation

25   of that order.

4

1           At the present time, because of the Coronavirus

2   pandemic, there is a complete shut down of trials in the

3   District of Colorado.  We are going to readdress that as a

4   court for dates subsequent to February the 15th.  I think we

5   are actually set to talk about that as a court in next day

6   or two.

7           But, nevertheless, at the present time, even

8   though Mr. Lesh is not entitled to a jury trial, he is

9   entitled only to a court trial at this point in time, we are

10  not setting those as a court, either court-wise or any trial

11  of any significance, great or small.  The Court isn't do

12  that.  Similarly, with in-person motions hearing, we are not

13  doing those at this point either.

14          In terms of the Grand Junction courtroom, we have

15  been undergoing some courtroom air duct modifications for

16  Coronavirus, which I don't believe we have the testing

17  complete on yet.

18          So when and where and how we set this, once we

19  start doing in-person hearings again online, we will be

20  subject for a conversation at a later point in time.

21          Mr. Hautzinger, in terms of the amount of time

22  that you think you might need to be in a position to make

23  some decisions one way or another, what are you thinking?

24          Mr. Hautzinger, I don't know if you can hear us or

25  not.  If you said something, you were still on mute, sir.

5

1           MR. HAUTZINGER:  All right.  I was going to ask

2      for 30 days, Your Honor.

3           THE COURT:  Okay.  Mr. Faddis, any problem with 30

4      days?

5           MR. FADDIS:  Your Honor, just noting that we do

6      respectfully object to motion to continue, I understand the

7      Court's basis for granting it and, you know, no specific

8      objection to that time interval, no.

9           THE COURT:  Well, in terms of that objection, to

10     the extent there is an objection to the motion to continue,

11     it is denied.  As a court, frankly, we can't try the most

12     serious felonies, and those are in a circumstance where

13     70-day speedy trial applies.  And Coronavirus is a

14     sufficiently serious reason for continuing trial of all

15     types, including those where somebody is entitled to a jury

16     and, as I said, is entitled to a 70-day speedy trial under

17     the Speedy Trial Act.

18           It would be counterintuitive to say that a petty

19     offense for a speedy trial is reasonable and the 70-day

20     application doesn't apply; that that type of case can't and

21     shouldn't be continued in terms of an additional record for

22     that.  Also, that it's clear for posterity, if this matter

23     ever ends up in an appeal posture, at this point in time the

24     Court has determined to hold no in-person appearances at a

25     trial level because of the extended exposure that that

6

1   would, of course, have occur with regard to court staff,

2   prosecutors, the defense, counsel and anybody else who wants

3   to be in the position of being there.

4          What we seem to know about Coronavirus at this

5   point in time is the lengthier the exposure, the more

6   serious the circumstance.  And a trial, of course, is

7   something where the exposure or the length of time period

8   that we would all have to be together is probably, at a very

9   minimum, a day, if not longer.  And as I further indicated,

10   the Grand Junction courtroom, in specific, is not in a

11   position where we can have those trials yet.

12          I will also note that trials at the state court

13   level are also all being continued and vacated here in the

14   21st judicial district, which doesn't bind this Court, but

15   which I think is further evidence of the circumstance.

16          So, any objection to the motion to continue is

17   denied.  The motion to -- any objection to the motion to

18   continue is denied.  The motion to continue itself is

19   granted.  And I will look for a date in about 30 days with

20   an eye for the Government being in a position where it has

21   had a chance to follow up on any new information and,

22   perhaps, the Court will be in a position at that point in

23   time of having a better idea of when we are going to start

24   trials again, perhaps we won't.

25          But this matter is, like many others, it will be

7

1  continued for an unknown period of time until this all sorts

2  itself out.

3         How about February 11 at 11:00 in the morning for

4  a telephone appearance; does that work for you,

5  Mr. Hautzinger?

6         MR. HAUTZINGER:  It does, Your Honor.

7         THE COURT:  All right.  And, Mr. Faddis, how about

8  for you and your client, February 11 at 11:00 in the

9  morning.

10         MR. FADDIS:  Yes, Your Honor, we can set that.

11  Thank you.

12         THE COURT:  Okay.  All right, this matter will be

13  held by audio or video again at that point in time.  We will

14  not -- I don't anticipate that we will be having in-person

15  appearances yet in Grand Junction, I'm sure it will be a

16  call matter.

17         Mr. Faddis, anything else you think that we need

18  to address today?

19         MR. FADDIS:  Your Honor, just briefly, I just

20  wanted to put the People and the Court on notice that, as

21  Your Honor is aware, that there are some bond conditions

22  that have been imposed in this case.  We have previously

23  sought to modify those, which the Court denied.  We may seek

24  to readdress those based on -- you know, it wouldn't be

25  based on same exact position as before, but as this case

8

1    continues -- continues on, those conditions do become

2    somewhat burdensome for Mr. Lesh.

3           So I just wanted the Government to be aware that

4    we may seek to address those before the next Court date.

5    And if we do, we'll do so via a motion well in advance of

6    the Court date.

7           THE COURT:  Sure.  And no notice in my mind is

8    necessary because, unlike the notice that may be required in

9    state court to address it on the record in a hearing, here,

10   unless there are changed circumstances, the statute does not

11   allow for us to readdress.

12          If at any point in time, the defense believes that

13   there is changed circumstances, that can be addressed by the

14   way of a written motion and I -- I believe that the

15   circumstances are changed within the meaning of the statute,

16   I will trigger the Government for a response and we will set

17   a hearing, which may or may not be simultaneous with some

18   other hearing that we set.

19          Any other matter, Mr. Faddis, that you think we

20   need to address?

21          MR. FADDIS:  Not from the defense, thank you.

22          THE COURT:  All right.  Mr. Hautzinger, how about

23   from your perspective?

24          MR. HAUTZINGER:  Nothing further, Your Honor.

25   Thank you.

9

1          THE COURT:  Okay.  Have a good afternoon,

2    everybody, thank you.

3          (Whereupon, the within hearing was then in

4    conclusion at 3:11 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10

```
1                    TRANSCRIBER'S CERTIFICATION

2    I certify that the foregoing is a correct transcript to the

3    best of my ability to hear and understand the audio

4    recording and based on the quality of the audio recording

5    from the above-entitled matter.

6

7    /s/ Dyann Labo                    August 1, 2022

8    Signature of Transcriber          Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```