IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00033-DDD-GPG

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

DAVID LESH,

    Defendant-Appellant.

---

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE ANSWER BRIEF**

---

The United States requests a 30-day extension of time, through and including October 24, 2022, in which to file its Answer Brief in this appeal.

    1.    In this case, Defendant-Appellant David Lesh appeals the magistrate judge's judgment of conviction under Fed. R. Crim. P. 58(g)(2)(B).

    2.    Lesh filed his notice of appeal on January 25, 2022. On July 13, 2022, this Court issued an order setting a briefing schedule, which set a deadline for the Opening Brief of August 23, 2022, with the Answer Brief due 30 days later.

    3.    Lesh filed his Opening Brief on August 23, 2022. He first sought and received an expansion of this Court's word limit up to 10,000 words, noting the complexity of the issues he intended to raise. Dkt. #120. The Opening Brief raised four issues, including sufficiency of the evidence on each count of conviction, a

1

hearsay issue, a Rule 404(b) issue, and a claim that Lesh was unconstitutionally deprived of a jury trial.  Dkt. #122.  The brief met the enlarged 10,000 word limit.

       4.       The United States' Answer Brief is currently due September 22, 2022. Due to other responsibilities, undersigned counsel has been unable to devote sufficient time to completing the Answer Brief and believes that he will be unable to prepare and file an adequate brief by the current deadline.  Since the Opening Brief was filed, undersigned counsel has been required to devote substantial time to (1) drafting and filing a response to a 28 U.S.C. § 2255 motion in *United States v. Dudley*, No. 18-cr-286-WJM (D. Colo.) (filed September 7, 2022); and (2) assisting and overseeing the drafting and filing of an appellate answer brief by a trial attorney in *United States v. Jones*, No. 22-1031 (10th Cir.) (filed September 6, 2022).

       5.       In addition, and most significantly in terms of time, on September 12, 2022, undersigned counsel is presenting the annual criminal law update at the Colorado State Judicial Conference.  That presentation has required counsel to review all published Colorado state criminal cases for the last year, prepare a written summary of each of those cases, and prepare a presentation of the most significant cases.  That project has taken up significant time over the last few weeks, in addition to requiring counsel to be out of the office for the conference.

       6.       Counsel also attended the Tenth Circuit Bench and Bar Conference on September 8 and 9, which further took counsel away from his work on this case.

7. In light of these other responsibilities and the nature of the issues and arguments presented in the Opening Brief, an extension is necessary for undersigned counsel to prepare an adequate and thorough brief that will appropriately address the Appellant's arguments and assist the Court.

8. The Appellant is not in custody and his sentence has been stayed during the pendency of this appeal. Dkt. #106. Therefore, the Appellant will suffer no prejudice as a result of the requested extension.

9. This is the United States' first request for an extension of the time in which to file its Answer Brief.

10. Counsel for Appellant consents to the requested extension.

Therefore, the United States respectfully requests an extension of 30 days, through and including October 24, 2022,[1] to file its Answer Brief in this appeal.

DATED September 12, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*/s/ Karl L. Schock*
KARL L. SCHOCK
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: karl.schock@usdoj.gov

Attorneys for United States of America

---

[1] A 30-day extension, to October 22, 2022, would place the deadline on a Saturday, so the United States requests an extension until the following Monday.

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


*/s/ Kayla Keiter*
KAYLA KEITER
U.S. Attorney's Office

4