No. 1:22-cr-00033-DDD-GPG
_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
_____

United States of America,

*Plaintiff-Appellee*,

v.

David Lesh,

*Defendant-Appellant.*

**On Appeal from the United States Magistrate Court for the District of Colorado**
**Magistrate Judge Gordon P. Gallagher**
**No. 20-po-07016**
_____

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE REPLY BRIEF**

Jenin Younes
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
202-869-5210
Jenin.Younes@ncla.legal

*Counsel for Defendant-Appellant*

November 10, 2022

Defendant-Appellant David Lesh, by and through his counsel, the New Civil Liberties Alliance, respectfully requests a one-week extension of time, through and including November 21, 2022, in which to file his Reply Brief in this appeal. In support of this motion, Appellant states as follows:

1. On July 13, 2022, this Court issued an order setting a briefing schedule, which set a deadline for the Opening Brief on August 23, 2022, with the Answer Brief due 30 days later and the Appellant's Reply Brief due 21 days after the filing of the Answer Brief.

2. On August 23, 2022, Appellant timely filed his Opening Brief.

3. On September 12, 2022, the Government filed a motion seeking a 30-day extension of time to file its Answer Brief, citing other responsibilities that had prevented the Government's counsel from having sufficient time to complete the brief. ECF No. 123. On September 16, 2022, the Court granted the Government's motion and extended the deadline to file its Answer Brief from September 22, 2022 to October 24, 2022.

4. On October 24, 2022, the Government timely filed its Answer Brief.

5. Appellant's Reply Brief is currently due on November 14, 2022.

6. Due to other responsibilities, undersigned counsel believes that she will be unable to prepare and file the Reply Brief by the current deadline.

7. Since the Answer Brief was filed, undersigned counsel has unexpectedly been required to devote substantial time to: (1) drafting and preparing for several depositions scheduled to take place early next week in the case *Missouri v. Biden*, No. 3:22-cv-01213-TAD-KDM (W.D. La.), which the district court ordered on an emergency basis for a preliminary injunction, and (2) trial preparation for a hearing on a motion to quash in the related case *Psaki v. Missouri*, No. 1:22-mc-28 (E.D. Va.) on Friday, November 18, 2022, which was also ordered on an expedited basis.

Undersigned counsel will be traveling Monday, November 14, 2022 through Wednesday, November 16, 2022, for one of the aforementioned depositions.

8. Given these other conflicts and the complexity of the arguments raised in the Government's Answer Brief, an extension is necessary for undersigned counsel to prepare a brief that will respond to the Government's Answer Brief with precision so as to both discharge her duty to her client and to assist the Court in resolving this matter.

9. This is the Appellant's first request for an extension of the time in which to file.

10. Counsel for the Government consents to the requested extension.

Therefore, for the reasons stated herein, Appellant respectfully requests that the Court extend the time to file Appellant's Reply Brief by seven days, up to and including November 21, 2022.

DATED: November 10, 2022

Respectfully submitted,

/s/ *Jenin Younes*
Jenin Younes
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
202-869-5210
Jenin.younes@ncla.legal

*Counsel for Defendant-Appellant*