**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. <u>1:22-cr-00033-DDD-GPG</u>

UNITED STATES OF AMERICA,

      Plaintiff,

v.

David Lesh,

      Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that <u>David Lesh</u>,
(name the plaintiff or defendant)
in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the <u>order affirming the convictions of defendant</u>,
(describe the order and/or judgment)
entered in this action on the <u>10th</u> day of <u>March</u>, <u>2023</u>.

Dated <u>March 14, 2023</u>

                        <u>/s/ Jenin Younes</u>
                        Signature

                        <u>Jenin Younes</u>
                        Printed Name

                        <u>1225 19th St. NW, Suite 450</u>
                        Address

                        <u>Washington,     DC     20009</u>
                        City               State          Zip

                        <u>(202) 918-6905</u>
                        Telephone Number

*Rev. 12/1/21*